# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**HYTHONYO PILLOW**                                                      **PLAINTIFF**

v.                            No. 4:20-cv-222-DPM

TIM RYALS, Sheriff, Faulkner County
Jail; KEVIN NEAL, Lieutenant, Faulkner
County Jail; RUSTY PAGE, Sergeant,
Faulkner County Jail; ROBERT DOYAL,
Corporal, Faulkner County Jail; and
REED MILLER, Captain, Faulkner
County Detention Center, Unit 1                                          **DEFENDANTS**

## JUDGMENT

Pillow's complaint and amended complaint are dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 December 2020